Henrik Mosesi, Esq. (SBN: 189672)
433 N. Camden Drive. 6th Floor
Beverly Hills, CA. 90210
Phone:  310-734-4269
Fax:  310-734-4053
Email:  henry@mosesi.com
Web:  mosesi.com
*Attorneys for Plaintiff*

# UNITED STATS DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 108.77.237.167,<br><br>        Defendant. | Case Number: 3:16-cv-05843-WHA |

## **NOTICE**

PLEASE TAKE NOTICE per the Court's Order Granting Plaintiff's *Ex-Parte* Motion for Leave to Serve Third-Party Subpoena Prior to Rule 26(f) Conference [DE 12] dated February 1, 2017, Plaintiff Malibu Media, LLC, hereby gives notice of receipt of defendant's identifying information from ISP, AT&T Internet Services, on March 29, 2017.

Dated: March 29, 2017

                                        Respectfully submitted,

                                        By: /s/ Henrik M. Mosesi
                                        Henrik M. Mosesi, Esq.
                                        Law Offices of Henrik Mosesi
                                        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

1

Plaintiff's Notice of Filing Notification of Receipt of ISP Information
Case Number: 3:16-cv-05843-WHA

1  I hereby certify that on March 29, 2017, I electronically filed the foregoing document
2  with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of
3  record and/or interested parties through this system.

>By: */s/ Henrik M. Mosesi*
>HENRIK M. MOSESI, ESQ.